UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TY POULSON,<br><br>          Plaintiff,<br><br>          v.<br><br>BREAD AND ROSES SECURITY<br>RES IPSA LOQUITOR,<br><br>          Defendants. | Case No. 2:24-cv-06694-AB-JDE<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order Regarding Complaint issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the magistrate judge (Dkt. 6, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

/ / /

/ / /

1      Therefore, IT IS HEREBY ORDERED that Plaintiff's Request to

2  Proceed in Forma Pauperis (Dkt. 2) is DENIED and Judgment shall be

3  entered dismissing this action with prejudice.

4

5  Dated: December 3, 2024         _____

6              ANDRE BIROTTE JR.

7              United States District Judge