JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TY POULSON, | Case No. 2:24-cv-06694-AB-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| BREAD AND ROSES SECURITY RES IPSA LOQUITOR, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 3, 2024

_____
ANDRÉ BIROTTE, JR.
United States District Judge